872 F.2d 412
 Henry (James, Gwendolyn), Pinney (James, Melvina), Henry
(Ephraim, Ann), Caines (Jane), Henry (Gertrude),
Penney (Willis), Rogers (William,
Margaret), Connonier (John, Selina)
v.
Weston (John I, Jr.), Todman (Doris Weston}), Smith
(Marjorie Weston}), Joseph (Gloria Weston}),
Estate of Weston (Terencia D.)
 NO. 88-3284
 United States Court of Appeals,
Third Circuit.
 MAR 06, 1989
 
 1
 Appeal From: D.V.I.
 
 
 2
 VACATED AND REMANDED.